**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NORTHEAST ILLINOIS REGIONAL
COMMUTER RAIL CORPORATION,

        Plaintiff,

v.

INTERNATIONAL ASSOCIATION OF
SHEET METAL, AIR, RAIL AND
TRANSPORTATION WORKERS –
TRANSPORTATION DIVISION, et al.,

        Defendants.

**Case No.: 21-cv-5988**

**Hon. Matthew F. Kennelly**

## DECLARATION OF EDWARD W. WAUGH

    I, Edward W. Waugh, pursuant to 28 U.S.C. § 1746, declare that the following facts are true and correct:

    1.    I am the General Chairperson ("GC") of the Transportation Division of the International Association of Sheet Metal, Air, Rail and Transportation Workers ("SMART-TD") General Committee of Adjustment ("GCA") GO-721. I have served as a part-time employee of GO-721 as General Chairperson ("GC") since May 13, 2015. Prior to being GC, I served as VIce Chairperson of GCA GO-721 from May 31, 2007, until May 12, 2015. I understand this Declaration is being offered in support of SMART-TD's Memorandum in Support of Its Motion for Preliminary Injunction. This Declaration is based on personal knowledge, and I am competent to testify to the matter set forth herein.

    2.    As GC, I am responsible for negotiating, interpreting, and enforcing the collective-bargaining agreements ("CBAs") under my jurisdiction between my GCA, or SMART-TD, and Northeast Illinois Regional Commuter Rail Corporation d/b/a Metra ("Metra"

or "the Carrier"). As GC, I am familiar with the applicable local and national agreements, and various work practices which have become an integral and implicit part of those agreements between SMART-TD and Metra. There is no provision in any existing CBA which would permit Metra to mandate vaccines as a condition of employment.

3.      On November 1, 2021, Metra Chief Executive Officer Jim Derwinski ("CEO Derwinski") issued a letter to all Metra employees stating that he was initiating a vaccine mandate for all employees by January 7, 2022. He made no mention of being a federal government contractor as the reason he was implementing the mandate. A true and correct copy of that letter is attached hereto as Exhibit A. To date, Metra has supplied no evidence to me that they are in fact a covered contractor under the EO.

4.      In response, on November 8, 2021, I sent a letter to CEO Derwinski, noting that while his goal was laudable, any attempt to unilaterally change the terms and conditions of employment violated the RLA's status quo provisions. I also requested that we meet and discuss this matter. A true and correct copy of that letter is attached as Exhibit B.

5.      CEO Derwinski has not responded to my November 8, 2021, letter, nor my request to meet and discuss.

6.      Instead, on November 23, 2021, Metra announced that it was offering four hours of pay at an employee's regular rate for each dose of the vaccine taken and eight hours of pay for any day off within 24 hours of receiving a dose of the vaccine. A true and correct copy of that letter dated November 23 is attached hereto as Exhibit C.

7.      In the November 1 letter, CEO Derwinski does not mention fitness for duty as a reason for implementing or an addition to such policy.

8.      The parties have been engaged in Section 6 bargaining since SMART-TD filed its

Section 6 Notice on October 1, 2018. Metra filed its Section 6 Notice in early 2021. A true and

correct copy of that Section 6 Notice is attached as Exhibit D. These notices cover the topics of

pay and time off. This process has not come to an end.


Executed this 3rd day of December, 2021.

_____

Edward W. Waugh



547 W. Jackson Boulevard, Chicago, IL 60661    312-322-6900    metrarail.com

*Office of the CEO/Executive Director*

DATE:        **November 1, 2021**

TO:          **All Metra Employees**

FROM:        **Jim Derwinski**
             **CEO/Executive Director**

SUBJECT:     **January 7, 2022 COVID-19 Vaccination Mandate**

First and foremost, I want to thank you for your steadfast support for our riders and each other throughout the pandemic.

Our senior leaders and I have spent countless hours discussing mandating the COVID-19 vaccine at Metra; considering the beliefs you shared with us on the recent COVID-19 Mandate Survey; and closely following the decisions of our fellow transportation organizations. From the start of the pandemic, maintaining a safe and healthy workplace has been our first priority with stabilization of our finances as a second priority. Therefore, I have made the difficult decision to implement a COVID-19 vaccination mandate at Metra without an option for testing in lieu of the vaccine. Vendors and visitors will also be required to be fully vaccinated to enter Metra buildings by January 7, 2022.

Why did we decide on mandates? Over the last several weeks, there has been a dramatically increasing trend at the federal, state, county, local, levels and in the private sector that mandating the vaccine is the most prudent course of action to help everyone get back to our pre COVID-19 world. Various experts in the medical world and health sciences have reasonably proven that vaccines are the most effective way to protect ourselves, our families, and our passengers. Northwestern's Dr. Murphy addressed rumors and validated that the COVID vaccines are in fact safer than other vaccines most of us have been taking since early childhood. Also, unlike this last spring, vaccines are now available in abundance throughout the region, billions of shots have been administered worldwide.

I understand that this news requires some to make a tough choice. You are required to share your vaccination status with HR through our confidential process. Having this information will enable us to make any necessary adjustments to our future train schedules and to inform our riders if we reduce schedules. If you believe you are entitled to a medical or religious accommodation, please request one by the date listed below. Should you choose not to receive the COVID-19 vaccination and you are not granted an accommodation, you may be subject to discipline, up to and including termination.  For those who will qualify for a medical or religious exemption, we will engage in an individual interactive process as appropriate, which could lead to either a temporary unpaid leave or some other accommodation if operationally feasible.

For those of you who took part in the Vaccination Participation Program and submitted proof of your vaccines already, you are all set, and we thank you.  You need not do anything else.  While at this time booster shots will not be required, you are strongly encouraged to investigate whether a booster shot is right for you.  Currently, because the vaccines are readily available at many locations and at all times of the day, there is no additional incentive program available.

Ex. A

As you know, the COVID-19 virus and its deviations are a direct threat to our health, our workplace, and our business model.  We have already experienced four waves or surges since early 2020, and we must work together to mitigate and prevent the next one.  Ridership projections have again been projected downward in our latest 2022 budget, and ridership revenue accounts for about half of the income that we need to pay our expenses, including wages and salaries.  The federal money we received is merely a temporary bridge and we must make it last until the public returns to our trains.

At Metra, we play a vital role in this region and economy.  We are honored to call ourselves public servants and railroaders.  We serve the public and our wages and salaries are paid in large part by taxpayers.  We have a heightened responsibility to protect our traveling public, ourselves, and our families from this pandemic.

Here are some important dates related to the vaccination mandate:

| Action | | Deadline |
|---|---|---|
| Request a medical or religious accommodation, if necessary. | | November 15, 2021 |
| If you are fully vaccinated and **did not** participate in the Vaccination Participation Program, submit proof. | | December 7, 2021 |
| If you aren't fully vaccinated yet…<br><br>Note: Applies even if you contracted and recovered from COVID-19. | Submit proof of receiving the first dose of a two-dose vaccine. | December 7, 2021 |
| | Submit proof of receiving the second dose of a two-dose vaccine or the single dose vaccine. | January 7, 2022 |
| Be fully vaccinated (two weeks after final dose of the vaccine). | | January 21, 2022 |

To submit your CDC COVID-19 Vaccination Record Card**,** complete the Vaccination Status Submission Form. Before clicking the link to the form, note that:
-   You must access the form from a personal computer - such as a Metra-issued PC, Metra kiosk, etc. – and for security reasons, mobile access has been disabled.
-   If you are not connected to the Metra network, you will be required to enter your username/password to access this form.
-   If you have forgotten your username/password or do not have a Metra account, please contact the IT Service Desk at (312) 322-6508.

For accommodation forms and more, please click here to reach the COVID-19 page on the Employee Portal. If you have questions or concerns about this mandate, please call Human Resources at 312.322.8901.

I appreciate your strong commitment to providing safe and reliable transportation for our passengers throughout these challenging times. We are in this together.

Thank you in advance for your cooperation.



SHEET METAL | AIR | RAIL | TRANSPORTATION

TRANSPORTATION DIVISION

November 8, 2021


Mr. Jim Derwinski
Metra CEO/Executive Director
547 W. Jackson Blvd.
Chicago, Il. 60606

Dear Mr. Derwinski,

This letter is in response to your letter dated January 1, 2021, written to "All Metra Employees",
wherein you inform the employees that you made the difficult decision to mandate the COVID-
19 vaccine at Metra without an option for testing in lieu of the vaccine.

In addition, you inform your employees that if they decide not to receive the COVID-19
vaccination, they may be subject to discipline, up to and including termination.

This is to advise the Carrier that the Organization strongly disagrees with the action taken to
unilaterally require a vaccination as a condition of employment. We understand that OSHA has
issued a Federal requirement (September 24, 2021), however, the Carrier has created new
working conditions without negotiation with the Organization. We also recognize the seriousness
of the pandemic, although, such does not permit the Carrier to arbitrarily institute policy, which
will have a sweeping effect on the current working conditions at Metra, rather than negotiate an
agreement.

This mandate is yet another attack on frontline essential workers as Metra is forcing us to decide
between being vaccinated and providing for our families. The Organization views this as
unlawful and in direct variance with the collective bargaining agreement between the parties.

As the parties are currently in section 6 bargaining, The Carrier is required to maintain the status
quo. This sweeping change to the current working conditions does not meet the standards as
contained in the Railway Labor Act. The Act mandates that "Carriers and representatives of the
employees shall give at least thirty days' written notice of an intended change in agreements
affecting rates of pay, rules, or working conditions, and the time and place for the beginning of
conference between the representative of the parties interested in such intended changes shall be
agreed upon within ten days after the receipt of the said notice, and said time shall be within the
thirty days provided in the notice."

Until the Carrier meets with the Organization to negotiate in good faith, the Organization
vehemently opposes any change to the requirements for employment by the members
represented by SMART-TD.

Ex. B



By what authority does the Carrier purport to act? Given the seriousness of this matter, please respond immediately in writing. The Organization also demands an immediate meeting regarding this matter since the Railway Labor Act places an affirmative duty on the parties to "make and maintain agreements." Please advise when the Carrier can meet to discuss this important issue.

Finally, be advised that if the Carrier unwisely decides to continue this or similar activities, this Organization will exercise its full rights under the law.

Sincerely,

Edward Waugh/General Chairman
SMART-TD GO-721
120 N LaSalle St. ste 1220
Chicago, Il. 60602

Cc: via email
T. Stuebner
J. Ferguson
K. Brodar
C. Cravatta
J. Morales
J. Turner
J. Vatistas
A. Moore
D. Eaton



AM Wed Nov 24       ▪▪▪ LTE VPN 68%

one     Letter from CEO - 11-23-2021 - Contract Employees.pdf



547 W. Jackson Boulevard, Chicago, IL 60661     312-322-6900     metrarail.com

*Office of the CEO/Executive Director*

November 23, 2021

CONTRACT STAFF

Dear Colleagues,

I'd like to take a moment to share two important messages. First, I want to remind you about the importance of keeping a clear head and focusing on the work that we do. It is easy to get distracted by the excitement of the holidays, but we need to remember to abide by our My Metra commitment to take personal responsibility for our riders and each other. The safe operation of our service depends on the vigilance of you and our passengers. If unusual behavior or abnormal conditions are noted around the system, then remember, see something say something, by calling 2800.

Second, when the pandemic began there was no way of predicting what has taken place over the past 20 months. In the last couple of weeks, there has been a rise in reported COVID cases worldwide. At Metra, November is trending toward our highest monthly number of COVID cases. We mandated the COVID vaccination to help keep you and our riders safe. This mandate applies to contractors, vendors, and guests.

As of today, a significant number of you have not yet confirmed that you are vaccinated.
- By December 7, you must provide Human Resources with proof of having received one dose of the vaccine.
- By January 7, you must provide Human Resources with proof of being fully vaccinated, unless you are granted an accommodation.

Once you provide proof of being fully vaccinated, you will receive four hours of pay at your regular rate for each dose of the vaccine (not including boosters); Vaccination Participation Program participants are eligible for this pay. Additionally, if eligible, you can receive a maximum of eight hours of pay at your regular rate if you had to take a day off within 24 hours of receiving a dose of the vaccine. HR will provide eligibility requirements and details about this process shortly.

As a reminder, we posted COVID FAQs on the Employee Portal. Feel free to contact Human Resources with any additional questions.

Have a Happy Thanksgiving.

With Appreciation,

Ex. C

James M. Derwinski
CEO/Executive Director



SHEET METAL | AIR | RAIL | TRANSPORTATION

**SMART**

TRANSPORTATION DIVISION

RECEIVED OCT 0 2 2018 By ____

Barbara J. Buhai
Acting Senior Labor Relations Officer
NIRCRC/Metra
547 W. Jackson Blvd. 2nd floor
Chicago, Illinois 60661

October 1, 2018

Dear Barbara,

The General Office No. 721 represented by SMART Union Transportation Division for the 2019 Wage, Rules, and Benefits round of Collective Bargaining intend to bargain on-property and on a concerted basis with respect to the members represented by the Organization.

Attachment A[1] comprises a notice served upon the Carrier on behalf of the Organization pursuant to Section 6 of the Railway Labor Act. It is served upon you as the highest designated representative of the Carrier and proposed it be handled concurrently with any Section 6 proposal that may be served by the Carrier.

We believe that on-property handling represents the best opportunity for our Organization and the Carrier to manage our way to and through collective bargaining in a manner that serves the mutual interests of our respective constituents and their separate interests as well.

The Organization reserves the right to include Smart-TD International officers as it sees fit.

Please contact me so that we can schedule a date and time to meet.

Yours very truly,

*Edward Waugh / General Chairman*
*Smart-TD GO721*
30 S. Wacker Drive Suite 1710
Chicago, Il. 60606
cwaugh11@yahoo.com



---

[1] Attachment A consists of 8 pages and 27 items. The Organization reserves the right to amend this notice at any time through modification; addition or subtraction to.

**Ex. D**





**SMART-TD Attachment A**

October 1, 2018

Except as otherwise provided herein, effective January 1, 2019, the existing rules, agreements, interpretations or practices, however established, shall be amended to provide as follows:

## ITEM 1- WAGES

Establish or modify existing agreement provisions to:

a) Provide a series of General Wage Increases to become effective July 1, 2019, and every twelve (12) months thereafter covering a period of four years in an amount equal to 5% increases annually, which shall be applied to all components of Conductor, Assistant Conductor, Collector, and Miscellaneous rates of pay, including but not limited to, arbitraries, differentials, special allowances, daily, weekly, and monthly guarantees based upon hourly or daily rates of pay, including those expressed in terms of miles, and overmiles.

b) Require that retroactive wage adjustments will be made by separate check to the employee within thirty days of ratification of the agreement.

c) Provide for an itemized statement detailing each employee's retroactive wage adjustment calculations and provide to each individually affected employee at the time of this payment.

d) Provide for rates of pay resulting from application of paragraphs (a) and (b) above, which end in fractions of a cent shall be rounded to the nearest whole cent: fractions less than one-half cent shall be dropped and fractions of one-half cent or more shall be increased to the nearest full cent.

e) Provide for Cost-of-Living Adjustments, in addition to General Wage Increases every twelve (12) months.

## ITEM 2- DEFERRED COMPENSATION

Establish or modify existing agreement provisions to:

a) Provide for the employer contribution to each employee's deferred compensation plan a series of increases of three (3) dollars per compensated day effective January 1, 2019 and every twelve (12) months thereafter covering a period of four years.

1



## ITEM 3-HEALTH and WELFARE

Establish or modify existing agreement provisions to:

a) Provide for cost sharing premiums paid by the employees to be frozen for the life of the agreement at the current amount of $230/month per member.

b) Provide for the Carrier to pay the entire premium towards the contractually provided short-term disability income insurance per employee.

## ITEM 4- OVERTIME

Establish or modify existing agreement provisions to:

a) Provide for compensation at the overtime rate after 8 hours on duty on assignments with a mileage component, regardless of miles run and without reduction in pay for all miles run.

b) Provide for overtime in regular assigned service for shifts in excess of five (5) days per week where rules do not currently provide for such overtime payment.

c) Provide for overtime for service performed on assigned rest days where rules do not currently provide for such overtime payment.

d) Where existing overtime rules provide for payment in less than eight (8) hours, such existing rules will remain undisturbed.

## ITEM 5-VACATIONS

Establish or modify existing Vacation Agreement provisions to:

a) Reduce the number of years necessary to qualify for a vacation of 2, 3, 4, or 5 weeks, etc. (*i.e. years of service vs. vacation allotment = 2 at 2, 3 at 7, 4 at 14, 5 at 20*)

b) Provide for a vacation of 6 weeks for 25 years' service.

c) Provide for one (1) additional week of vacation be added to the current minimum number per district creating a new higher minimum.

d) Provide for the employee's ability to utilize each week of earned vacation independently.

e) Allow up to two (2) weeks of floating vacation per year.

f) Increase the number of days that will be credited towards vacation qualifications for days on an extra list but performing no service, and days absent from and unable to perform service because of injury received on duty.


RECEIVED
OCT 0 2 2018
By

g) Allow credit towards vacation qualifications for days absent from and unable to perform service because of illness or injury received off duty.

h) Allow credit towards vacation qualifications for each day required to take rest mandated by the Rail Safety Improvement Act of 2008.

i) Provide that employees who do not accrue sufficient previous year qualifying days for full vacation entitlement, shall have vacation entitlement pro-rated based on actual qualifying days accrued in the previous year.

j) Active Military duty count toward qualifying days for vacation.

## ITEM 6- ASSIGNMENTS

Establish or modify existing agreement provisions to:

a) Provide for a contractual provision indicating that an employee whom becomes de-certified as a Conductor for any reason can exercise their seniority in displacing to a trainman's position that does not require certification. This displacement can be executed immediately after the employee successfully passes the required drug screening. *(in compliance with PLB 6374 Award 140)*

b) Provide for a provision allowing employees covered by this Agreement the right, upon request, to exchange assignments with another employee within the same craft. *(i.e. Rule 19 Exchanging Assignments, CBA between NIRCRC and Metra Police)*

c) Provide for the Memorandum of Understanding dated September 1, 2016 regarding questions and answers to the application of Rule 14(c) and Rule 18(f) be added to the Agreement.

d) Provide for the Memorandum of Understanding dated September 1, 2016 regarding the questions and answers to the application of Rule 18 in its entirety be added to the agreement.

## ITEM 7- SENIORITY RETENTION

Establish or modify existing agreement provisions to:

a) Provide for all employees performing service in the trainmen craft the requirement to remit dues to SMART-TD.

b) Provide for an employee performing service in the trainman craft whom elects to refrain from remitting dues to SMART-TD will in effect have their seniority frozen as a result.



## ITEM 8- EXTRA BOARD

Establish or modify existing agreement provisions to:

a) Provide for the Brakemen's Extra Board to be paid a daily guarantee.

b) Provide for available Extra-Board man power equal to 28% of the regular assigned assignments on each perspective district; taking into account the 10% reduction due to federal mandated FMLA.

c) Provide for, on territories where the Extra Board is subdivided, an employee whom is displaced from an assignment mid-month, the ability to displace an employee on an Extra Board, whom does not have declaration rights to that Board.

d) Provide for, the first opportunity for vacancies from the Brakeman Extra Board to be extended from the call time of the first day of the assignment to the tie up time of the first day of the assignment.

e) Provide for Personnel Days taken by Extra Board Employees to be compensated at a rate of "as if I would have worked." *(i.e.; paid the same compensation of the assignments earnings for the assignment they would have worked on the day a personal day is granted)*

## ITEM 9- PRODUCTIVITY FUND

Establish or modify existing agreement provisions to:

a) Provide for productivity fund wherein the budgeted for, unused days pay for regular assignments that are blanked or go unfilled by the Carrier due to the lack of manpower be placed into the fund.

b) Provide for, at years end, the full balance of the fund be distributed equally to the members of the perspective district as a productivity bonus.

## ITEM 10- MEAL PERIODS/MISCELLANEOUS SERVICE

Establish or modify existing agreement provisions to:

a) Provide for yard lunch period time to be increased from 20 minutes to 35 minutes with no reduction in pay, and the lunch period must begin after 4 ½ hours and be completed before 6 hours. If such meal period is not granted as outlined herein, the employee will be allowed an additional day at the rate of pay applicable to the assignment.

RECEIVED
OCT 0 2 2018
By_____

## ITEM 11- RATE PROGRESSION: NEW HIRES

Establish or modify existing agreement provisions to:

a) Provide for train service employees working in a role of a Conductor or protecting the Conductor's Extra Board, to be paid at a rate of 100% regardless of their standing in rate progression.

## ITEM 12- DISCIPLINE APPEALS/WORKRULE APPEALS

Establish or modify existing agreement provisions to:

a) Provide for two (2) levels of appeals for discipline cases: the first level being between the Local Chairman and the Director of Operations. The second level being between the General Chairman and the Carrier's highest designated officer. Time limit requirements would remain unchanged.

b) Provide for electronic and/or email submission for time claims and appeals.

## ITEM 13- HOLIDAYS

Establish or modify existing agreement provisions to:

a) Increase the number of paid holidays, including, but not limited to, Martin Luther King's birthday, Mother's Day, and Veteran's Day.

b) Provide for all earnings on assignments scheduled to work on holidays to be compensated over and above the monthly guarantee.

## ITEM 14- SICK LEAVE

Establish or modify existing agreement provisions to:

a) Provide for the establishment of five (5) paid sick leave days per year for all train service employees without censor or discipline.

b) Provide for sick leave days to be carried over to next year if not used.

## ITEM 15- TRAUMA LEAVE

Establish or modify existing agreement provisions to:

a) Provide for three (3) compensated trauma leave days and counseling if requested.

b) Provide for, if requested, counseling sessions to be held at the employee's home terminal.

5



RECEIVED
OCT 0 2 2018
By_____

## ITEM 16- BEREAVEMENT LEAVE

Establish or modify existing agreement provisions to:

a) Provide for the addition of uncles, aunts, nieces, nephews, spouses grandparents, and domestic partner to the current list.

b) Provide for five (5) consecutive bereavement days for out of state occurrences.

## ITEM 17- FATIGUE ABATEMENT

Establish or modify existing agreement provisions to:

a) Establish the right of SMART-TD represented employees to provide for rest opportunities and the ability to mark off for rest and for family needs and emergencies related to quality of life.

## ITEM 18- FLAGGING DUTIES

Establish or modify existing agreement provisions to:

a) Provide for all protective flagging work be performed by Conductors to protect outside contractors and/or men and equipment working on or near the tracks on the Milwaukee District.

b) Provide provision assurance that Conductors will continue to perform flagging duties on all districts currently in place as established by past practice.

c) Provide for flagging duties to be included as covered service within the HOS and Certification regulations.

## ITEM 19- ELECTRONIC DEVICES

Establish or modify existing agreement provisions to:

a) Provide for compensation equal to one (1) hour at the applicable daily rate of pay per day for the Carrier's impending issuance and requirement to carry of a tablet and/or new electronic device.

b) Provide for the employee's protection against discipline and/or fines for the loss, theft, or damage of the tablets and/or electronic devices.

6

RECEIVED
OCT 0 2 2018
By

## ITEM 20- IC FIVE DAY ASSIGNMENTS

Establish or modify existing agreement provisions to:

a) Provide for an increased percentage of five-day assignments and weekend pick assignments on the Metra Electric District

## ITEM 21- IC SUNDAY AGREEMENT

Establish or modify existing agreement provisions to:

a) Provide for the employee marked second on an assignment the ability to work before the Extra Board if the first employee marks off of the assignment.

## ITEM 22- UNIFORMS: COMMUTER PASSENGER SERVICE

Establish or modify existing agreement provisions to:

a) Provide for the employee's option, as a personal protective assurance, the right to replace their name on their uniform name tag with their Carrier identification number.

## ITEM 23- EXAMINATIONS

Establish or modify existing agreement provisions to:

a) Provide for a payment of two (2) hours or actual time, whichever is greater, for all online tests/classes; whether required by the Carrier, State, or Federal Government. This payment shall be provided for each individual test/class.

## ITEM 24-QUESTIONS and ANSWERS

Establish or modify existing agreement provisions to:

a) Provide for questions and answers in order to create unambiguous language within the agreement.

## ITEM 25-SEVERABILITY CLAUSE

Establish or modify existing agreement provisions to:

a) Provide for a severability clause to the agreement wherein if one provision of the agreement falls, the remainder of the agreement is unaltered and undeviated.

RECEIVED
OCT 0 2 2018
By_____

## ITEM 26- PRINTING OF AGREEMENT

Establish or modify existing agreement provisions to:

a) Provide for this Agreement to be printed in booklet form and electronic form.

b) Provide for each employee covered by this agreement a furnished codified copy with all supplements and amendments.

c) Provide for all references to the United Transportation Union corrected to signify SMART Union Transportation Division (a.k.a. SMART-TD).

d) Provide for the SMART-TD General Chairman furnished copies of this Agreement to fulfill the needs of the office.

## ITEM 27- SIGNING BONUS

Establish or modify existing agreement provisions to:

a) Provide for, upon ratification of agreement, a signing bonus equal to a $4,000.00 payment to each employee holding seniority within the SMART-TD Union.

**The Organization reserves the right to amend this notice at any time through modification; addition or subtraction to.**